1  Christopher M. Mason (AZ #019891)
   cmmason@polsinelli.com
2  Blair H. Moses (AZ #027991)
3  bmoses@polsinelli.com
   **POLSINELLI SHUGHART PC**
4  CityScape
   One E. Washington St., Ste. 1200
5  Phoenix, AZ 85004
6  Phone: (602) 650-2000
   Fax: (602) 264-7033
7  *Attorneys for Defendant*

8

9  **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE DISTRICT OF ARIZONA**

11

| JERRY SHUMWAY, a single man, | Case No. 3:11-cv-08132-FJM |
|---|---|
| Plaintiff, | **RESPONSE TO PLAINTIFF'S MOTION TO VACATE SETTLEMENT CONFERENCE** |
| vs. | |
| WOODY'S ENTERPRISES, LTD., an Arizona corporation, | (Assigned to the Honorable Frederick J. Martone) |
| Defendant. | |

Defendant Woody's Enterprises, Ltd. (hereinafter "Woody's"), by and through undersigned counsel, hereby submits its Response to Plaintiff's Motion to Vacate Settlement Conference as follows:

Woody's remains ready to discuss resolution of this matter and supports moving forward with the Settlement Conference as currently scheduled. Woody's believes there is a prospect for settling this matter. Although Woody's disagrees with Plaintiff's interpretation of the case law regarding unemployment benefits and backpay, Woody's believes the purpose of the Settlement Conference is to air these different perspectives on the law, and the application of the law to the facts of this case, to reach a resolution. Additionally, the difference between the initial settlement offers made by Woody's and

1

Plaintiff was partly due to the fact Woody's received no documentation of damages from Plaintiff prior to the initial offers. Following the receipt of the new information, conversations are ongoing between Woody's counsel and Plaintiff's counsel regarding the prospect of settlement.

Further, some of the factual information stated in Plaintiff's Motion to Vacate Settlement Conference is incorrect. Plaintiff did request dates in mid- to late March that Donna Swann, who is not a party to this case and is no longer employed by Woody's, might be available for deposition. Plaintiff's counsel clearly stated by email that proposed dates for deposing Ms. Swann should be submitted to him by Friday, February 24, 2012. *See* Exh. A, email from Mr. Strojnik, dated February 17, 2012. Woody's was able to contact Ms. Swann, and Ms. Swann is cooperating with Plaintiff's request. Dates Ms. Swann is available for deposition were emailed to Plaintiff's counsel on Wednesday, February 22, 2012, well before the deadline proposed by Plaintiff's counsel. *See id.*, email from Ms. Moses, dated February 22, 2012. Plaintiff will have ample time following Donna Swann's deposition, and the receipt of Woody's responses to Plaintiff's discovery requests, to be reasonably informed for the scheduled Settlement Conference.

Nonetheless, Woody's recognizes that successful settlement negotiations require willing parties. For this reason, and notwithstanding Woody's support for the scheduled Settlement Conference, Woody's does not oppose Plaintiff's Motion.

2817676.2

1 | Dated this 27th day of February, 2012.

POLSINELLI SHUGHART PC

By: /s/ Blair H. Moses
Christopher M. Mason
Blair H. Moses
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
*Attorneys for Defendant*

### **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter K. Strojnik, Esq.
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
*Attorney for Plaintiff Jerry Shumway*

/s/ Karen Hagen

3

2817676.2