**Blair Moses**

| | |
|---|---|
| From: | Blair Moses |
| Sent: | Wednesday, February 22, 2012 3:22 PM |
| To: | 'strojnik@skplaw.com' |
| Cc: | Christopher Mason; Carol A. Rutigliano |
| Subject: | RE: Shumway v. Woody's |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'strojnik@skplaw.com' | |
| | Christopher Mason | Delivered: 2/22/2012 3:22 PM |
| | Carol A. Rutigliano | Delivered: 2/22/2012 3:22 PM |

Peter,

I apologize that it took about 1 1/2 weeks to provide dates that Donna Swann can be available for deposition and appreciate that you gave us until this Friday, February 24, 2012 to provide this information. We have been working on coordinating deposition dates as quickly as possible. As you know, Ms. Swann is no longer employed by Woody's Enterprises, Ltd. ("Woody's"), but we did manage to contact her. Ms. Swann is cooperating with your request, but she did explain that she has no transportation to Phoenix and will require the deposition to be taken in Flagstaff, Arizona. Ms. Swann is available for deposition the morning of March 27, 2012, or the morning of March 28, 2012. Please let us know which of these dates works best for your schedule.

Additionally, we are in the process of drafting Woody's responses to Plaintiff's discovery requests. Information from different people in the organization is necessary, and we are still trying to coordinate receipt of some of the information and documents. To ensure our responses are complete, we request a ten (10) day extension to the deadline for the response to Plaintiff's Request for Production and for the response to Plaintiff's Interrogatories. The new deadline would be March 8, 2012. We appreciate your consideration of this request, Peter.

Thank you.

Blair

**Blair Moses**
*Attorney At Law*

One East Washington St.
Suite 1200
Phoenix, AZ 85004-2568

tel: 602.650.2015
fax: 602.264.7033

bmoses@polsinelli.com
Add me to your address book

**From:** Peter Strojnik [mailto:strojnik@skplaw.com]
**Sent:** Friday, February 17, 2012 2:31 PM
**To:** Blair Moses
**Cc:** Christopher Mason
**Subject:** Re: Shumway v. Woody's

Please give me dates by next Friday. That will have given you two weeks notice. Thanks.
Sent from my Verizon Wireless Blackberry

**From:** Blair Moses <BMoses@Polsinelli.com>
**Date:** Fri, 17 Feb 2012 14:41:19 -0600
**To:** strojnik@skplaw.com<strojnik@skplaw.com>
**Cc:** Christopher Mason<CMMason@polsinelli.com>
**Subject:** RE: Shumway v. Woody's

Peter, thank you for letting us know of your interest in deposing Donna Swann in mid to late March. We are happy to work with you regarding her deposition and will contact her to obtain dates she can be available during this time frame.

You are correct that Ms. Swann is no longer employed by Woody's Enterprises, Ltd. ("Woody's"). We listed Ms. Swann's contact information as through our law firm in our Initial Disclosure Statement because she is a former employee of Woody's. Pursuant to the Lang Doctrine (*Lang v. Superior Court*, 170 Ariz. 602, 826 P.2d 1228 (1992)) and Arizona Ethical Rule 4.2, Comment 2, counsel for one party may not have *ex parte* contact with a former employee of a party represented by counsel if the acts or omissions of the former employee gave rise to the underlying litigation and may be imputed to the organization in connection with the matter. There is also Ninth Circuit precedent regarding communication with former employees. Some of Ms. Swann's actions or omissions during her employment at Woody's underlie the current litigation and, in connection with the matter, would be imputed to the organization.

I'll be in touch after speaking with Ms. Swann.

Thank you.

Blair

2/22/2012