**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 700
**2415 East Camelback Road**
**Phoenix, Arizona 85016**
**(602) 510-9409**

PETER K. STROJNIK, ESQ.
AZBN 026082 CABN 242728
strojnik@skplaw.com

*Attorney for Plaintiff Jerry Shumway*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JERRY SHUMWAY, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>WOODY'S ENTERPRISES, LTD, an Arizona corporation,<br><br>Defendant. | NO. 3:11-cv-8132-PCT-FJM<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO VACATE SETTLEMENT CONFERENCE** |

## REPLY TO RESPONSE TO MOTION TO VACATE SETTLEMENT CONFERENCE

In light of Defendant's non-opposition to the Motion (Doc. 24 at 2:18-20), Plaintiff respectfully requests the Motion be granted. It should be noted that since the filing of the Motion, Defendants *have* become reinvigorated to address two of the three reasons for the Motion. Since the Motion was filed, Defendant made an offer of settlement and finally produced the deponent for deposition. However, Defendant's newfound motivation does <u>not</u> address the vast disparity in opinion on Ninth Circuit case law. Plaintiff continues to point to

-1-

1 | Ninth Circuit case of Kaufmann to stand for the proposition that unemployment benefits do not offset an award of back pay.  Defendant, as has been a consistent theme, offers no authority in opposition.  Instead, Defendant merely "disagrees".  See e.g. Doc. 24 at 1:24-25.  This has been the consistent hurdle with which Plaintiff has had to negotiate.   Accordingly, and for the foregoing reasons, Plaintiff respectfully requests the Motion be granted.

RESPECTFULLY SUBMITTED this 29th day of February, 2012.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)
strojnik@skplaw.com
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409
602 532 7572 (fax)

***Attorney for Plaintiff Jerry Shumway***