IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Shumway, | ) |
| | ) |
| Plaintiff, | ) CIV 11-08132 PCT FJM |
| | ) |
| v. | ) ORDER |
| | ) |
| Woody's Enterprises, Ltd., | ) |
| | ) |
| Defendant. | ) |

**IT IS ORDERED that** Plaintiff's motion at Doc. 23 is **granted** and the settlement conference set for April 13, 2012, is hereby **vacated**. The parties shall jointly contact this court to reschedule the settlement conference once they believe sufficient discovery has been conducted to hold a productive settlement conference. This order does not in any manner modify the Rule 16 scheduling order previously entered by the Honorable Frederick J. Martone.

DATED this 8th day of March, 2012.

_____
Mark E. Aspey
United States Magistrate Judge