Christopher M. Mason (#019891)
cmmason@polsinelli.com
**POLSINELLI SHUGHART PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

Attorneys for Defendant Woody's Enterprises, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA (PRESCOTT DIVISION)

| | |
|---|---|
| JERRY SHUMWAY, a single man,<br><br>                    Plaintiff,<br><br>vs.<br><br>WOODY'S ENTERPRISES, LTD, an<br>Arizona corporation,<br><br>                    Defendant. | CASE NO. 3:11-cv-08132-FJM<br><br>**NOTICE OF SETTLEMENT** |

     Defendant Woody's Enterprises, Ltd., by and through counsel undersigned, hereby gives this Court notice that the parties in the above-captioned matter have reached a settlement in this matter, and are in the process of executing a finalized settlement agreement.  They will submit a formal notice of dismissal with prejudice when the agreement is finalized.

     Dated this _20th day of March, 2012.

                  POLSINELLI SHUGHART PC

                  By: /s/Christopher M. Mason
                       Christopher M. Mason
                       CityScape
                       One E. Washington St., Ste. 1200
                       Phoenix, AZ 85004
                       *Attorneys for Defendant Woody's*
                       *Enterprises, Ltd.*

1

2819564.1

1

## CERTIFICATE OF SERVICE

2

3

4

     I hereby certify that on March 20, 2012, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

5

6

7

8

9

Peter K. Strojnik, Esq.
THE STROJNIK FIRM LLC
2415 East Camelback Rd., Suite 700
Phoenix, AZ  85016
strojnik@skplaw.com
*Attorneys for Plaintiff Jerry Shumway*

10

11

By:  s/ Carol A. Rutigliano

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2819564.1