Christopher M. Mason (#019891)
cmmason@polsinelli.com
**POLSINELLI SHUGHART PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

Attorneys for Defendant Woody's Enterprises, Ltd.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA (PRESCOTT DIVISION)

| | |
|---|---|
| JERRY SHUMWAY, a single man,<br><br>          Plaintiff,<br><br>vs.<br><br>WOODY'S ENTERPRISES, LTD, an Arizona corporation,<br><br>          Defendant. | CASE NO. 3:11-cv-08132-FJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their counsel undersigned, hereby stipulate and agree as follows:

1. The Plaintiff's claims against Defendants, express or implied, known and unknown, are to be dismissed with prejudice; and

2. Each side shall bear its own attorneys' fees and costs incurred herein.

Dated this 22nd day of March, 2012.

                                        POLSINELLI SHUGHART PC


                                        By: /s/Christopher M. Mason
                                            Christopher M. Mason
                                            CityScape
                                            One E. Washington St., Ste. 1200
                                            Phoenix, AZ 85004
                                            *Attorneys for Defendant Woody's
                                            Enterprises, Ltd.*

1

2820101.1

1 | THE STROJNIK FIRM, LLC

By: /s/ Peter K. Strojnik
   Peter K. Strojnik
   2415 East Camelback Road
   Suite 700
   Phoenix, AZ 85016
   *Attorneys for Plaintiff Jerry Shumway*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter K. Strojnik, Esq.
THE STROJNIK FIRM LLC
2415 East Camelback Rd., Suite 700
Phoenix, AZ  85016
strojnik@skplaw.com
*Attorneys for Plaintiff Jerry Shumway*


By:  s/ Carol A. Rutigliano

2

2820101.1